IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Somoza,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Resurgent Capital Services LP,<br><br>　　　　Defendant. | No. CV-23-00235-TUC-SHR<br><br>**ORDER** |

　　　Having reviewed the parties' "Stipulation of Dismissal as to Defendant Resurgent Capital Services, L.P." (Doc. 26), and good cause appearing,

　　　**IT IS ORDERED** the case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney fees.

　　　**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and **close this case.**

　　　Dated this 5th day of December, 2023.

Honorable Scott H. Rash
United States District Judge